

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-270-CV

IN RE JOHN ECHOLS AND SOUTHWESTERN          RELATORS
COMPOSITE STRUCTURES, INC.

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

DIXON HOLMAN
JUSTICE

PANEL B: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

HOLMAN, J. would request a response.

------------

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  June 30, 2008